IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CR-103-WKW |
| | ) | [WO] |
| ROGER LEWIS WRIGHT | ) | |

# **ORDER**

On August 23, 2018, after holding an evidentiary hearing, the Magistrate Judge filed a Recommendation (Doc. # 50) that the motion to suppress filed by Defendant Roger Lewis Wright (Doc. # 16) be denied. Defendant timely objected to the Recommendation's conclusion that the search warrant comports with the Fourth Amendment. (Doc. # 54.) Upon a *de novo* review of the record and the Recommendation, *see* 28 U.S.C. § 636(b), Defendant's objections are due to be overruled and the Magistrate Judge's Recommendation is due to be adopted.

Defendant argues that the search warrant did not describe the place to be searched with sufficient particularity and did not establish probable cause for a search of the target apartment. Defendant's objections repeat the arguments from his motion to suppress, and the court finds that the Recommendation adequately addressed those arguments and properly rejected them.

For the reasons thoroughly explained in the Recommendation (Doc. # 50), it is ORDERED as follows:

(1) Defendant's objections (Doc. # 54) are OVERRULED;

(2) The Magistrate Judge's Recommendation (Doc. # 50) is ADOPTED;

(3) The Motion to Suppress (Doc. # 16) is GRANTED to the extent it seeks the suppression of Defendant's interview and is DENIED in all other respects; and

(4) The Motion for Disclosure of Informant (Doc. # 18) is DENIED.

It is further ORDERED that the plea deadline (*see* Doc. # 35, at 1 ¶ 7) is EXTENDED to on or before **noon on Tuesday, September 25, 2018**.

DONE this 21st day of September, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE